UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN PREFONTAINE and <br> JILL PREFONTAINE, <br>               Plaintiffs, <br> vs. <br> ROXANNA GREEN, <br>               Defendant. | Case No. 1:16-cv-00091-TWP-DML |

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION TO IMPOSE SANCTIONS ON DEFENDANT

On December 22, 2016, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 45) that the Court impose a sanction against defendant Roxanna Green and in favor of the plaintiffs in the amount of $825.00 because of Ms. Green's failure to attend a settlement conference. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 45) and being duly advised, now APPROVES and ADOPTS it.

Defendant Roxanna Green is HEREBY SANCTIONED for her failure to attend the November 3, 2016 settlement conference, and is ORDERED to pay the amount of $825.00 to the plaintiffs.

By separate order, the court will enter a judgment encompassing this sanction.

IT IS SO ORDERED.

Date: 2/3/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system