UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN PREFONTAINE and JILL PREFONTAINE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ROXANNA GREEN,<br><br>    Defendant. | Case No. 1:16-cv-00091-TWP-DML |

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT

On January 13, 2017, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 47) that the Court enter a judgment against defendant Roxanna Green and in favor of the plaintiffs in the amount of $65,000.00 based on the terms of a Settlement Agreement between the parties. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to the Report and Recommendation. No party filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 47) and being duly advised, now APPROVES AND ADOPTS it.

The plaintiffs are entitled to, and are hereby awarded, a judgment against Roxanna Green in the amount of $65,000.00 based on the terms of the parties' Settlement Agreement.

In an entry also made this date, the Court has approved and adopted a separate Report and Recommendation by the Magistrate Judge, and sanctioned the defendant in the amount of $825.00 because of the defendant's failure to attend a settlement conference.

By separate entry, the Court will enter its Judgment against Roxanna Green and in favor of the plaintiffs in the total amount of $65,825.00.

IT IS SO ORDERED.

Dated: 2/3/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system